**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* W.R. GRACE & CO., *et al.*, | Chapter 11 |
|      *Debtors.* | Case No. 01-01139 (KJC)<br>(Jointly Administered) |
| – – – – – – – – – – – – – – – – – – – – – – – – | |
| CONTINENTAL CASUALTY CO., *et al.*, | |
|      *Plaintiffs,* | |
|   *v.* | Adv. Proc. No. 15-50766 (KJC) |
| JEREMY B. CARR, *et al.* | Re:  60 (Scheduling Order) |
|      *Defendants.* | |
| – – – – – – – – – – – – – – – – – – – – – – – – | |
| BARBARA HUNT, *et al.*, | |
|      *Plaintiffs,* | |
|   *v.* | Adv. Proc. No. 18-50402 (KJC) |
| MARYLAND CASUALTY COMPANY, | Re:  19 (Scheduling Order) |
|      *Defendant.* | |

## <u>STIPULATION EXTENDING TIME TO FILE MEMORANDA</u>

Pursuant to the Court's order of October 15, 2018 (*see* D.I. 60 in Adv. Proc. No. 15-50766; D.I. 19 in Adv. Proc. No. 18-50402), all parties in the above-captioned actions hereby agree and stipulate as follows:

1.    The time for Continental Casualty Company and Transportation Insurance Company (collectively, "CNA") and Maryland Casualty Company ("MCC") to file and serve opening memoranda is extended to and including **December 21, 2018**.

1

2.      The time for Defendants to file and serve an opposition memorandum and any motion for certification is extended to and including **February 4, 2019**.

3.      The deadlines for filing reply memoranda are linked to the date of service of preceding briefs; those deadlines shall remain as stated in the Court's October 15 orders.

November 26, 2018

Respectfully submitted,

**CONTINENTAL CASUALTY INSURANCE CO. AND TRANSPORTATION INSURANCE CO.**

**JEREMY B. CARR** *et al.*

By their attorneys:

By their attorneys:

BAYARD, P.A.

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
600 N. King Street, Suite 400
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
scousins@bayardlaw.com

*/s/ Michael Busenkell*
Michael Busenkell, Esq. (No. 3933)
913 N. Market St., 10th Floor
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814

FORD MARRIN ESPOSITO
  WITMEYER GLESER, LLP
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, NY 10005
Tel: (212) 269-4900
Fax: (212) 344-4294
emdecristofaro@FMEW.com

MURTHA CULLINA LLP
Daniel C. Cohn, Esq.
Ryan M. MacDonald, Esq.
Keri L. Wintle, Esq.
99 High Street
Boston, MA 02110
Tel: (617) 457-4000
Fax: (617) 482-3868

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
dglosband@goodwinprocter.com

MCGARVEY, HEBERLING,
  SULLIVAN & LACEY, P.C.
Roger Sullivan, Esq.
Allan M. McGarvey, Esq.
John F. Lacey, Esq.
345 First Avenue East
Kalispell, MT 59901
Tel: (406) 752-5566

GOODWIN PROCTER LLP
Michael S. Giannotto (*pro hac vice*)
Brian T. Burgess (*pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel:  (202) 346-4000
Fax:  (202) 346-4444
mgiannotto@goodwinprocter.com
bburgess@goodwinprocter.com

**BARBARA HUNT** *et al.*

By their attorneys:

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Michael Busenkell*
Michael Busenkell, Esq. (No. 3933)
913 N. Market St., 10th Floor
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814

MURTHA CULLINA LLP
Daniel C. Cohn, Esq.
Taruna Garg, Esq.
99 High Street
Boston, MA 02110
Tel: (617) 457-4000
Fax: (617) 482-3868

MCGARVEY, HEBERLING,
   SULLIVAN & LACEY, P.C.
Roger Sullivan, Esq.
Allan M. McGarvey, Esq.
John F. Lacey, Esq.
345 First Avenue East
Kalispell, MT 59901
Tel: (406) 752-5566

**MARYLAND CASUALTY COMPANY**

By its attorneys:

CONNOLLY GALLAGHER LLP

*/s/ Jeffrey C. Wisler*
Jeffrey C. Wisler (No. 2795)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 757-7300

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II
Mark A. Johnston
Kennedy C. Ramos
1717 Pennsylvania Avenue, NW
12th Floor
Washington, DC 20006
Tel: (202) 659-6600